

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2016

No. 04-16-00125-CR

Thomas **MENDOZA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 15-01-001-CRA
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Appellant's brief was due on July 18, 2016. On July 22, 2016, this Court notified appellant of the missed deadline to file his brief. Appellant filed a motion for extension of time to August 15, 2016, which this Court granted. Appellant now files a second motion requesting another 30-day extension of time to September 14, 2016.

It is ORDERED the motion is GRANTED. Appellant must file the brief on or before Wednesday, September 14, 2016. This extension extends appellant's deadline to 60 days after the original brief was due. For this reason, **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED**.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court